# IN THE SUPREME COURT OF THE STATE OF NEVADA

MARLENE ROGOFF, AN INDIVIDUAL,
Appellant,
vs.
JIM MARSH, AN INDIVIDUAL,
Respondent.

No. 81616

FILED

AUG 24 2020

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal from a district court order directing appellant to execute an IRS authorization, compelling the IRS to release accurate copies of appellant's 2016-2019 tax returns, reserving ruling on a motion for fees and costs, and granting a request for a prove-up hearing regarding damages. Eighth Judicial District Court, Clark County; Jerry A. Wiese, Judge.

This court "may only consider appeals authorized by statute or court rule." *See Brown v. MHC Stagecoach, LLC*, 129 Nev. 343, 345, 301 P.3d 850, 851 (2013). No statute or court rule authorizes an appeal from the aforementioned order. Accordingly, this court lacks jurisdiction and

ORDERS this appeal DISMISSED.

_____, J.
Parraguirre

_____, J.
Hardesty

_____, J.
Cadish

20-31060

cc: Hon. Jerry A. Wiese, District Judge
Marlene Rogoff
The Galliher Law Firm
Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A